NATIONAL FIRE PROOFING COMPANY, PLAINTIFF-RESPONDENT, v. KATE A. MIAL, DEFENDANT-APPELLANT.

Submitted December 15, 1913—Decided March 16, 1914.

On appeal from the Hudson County Circuit Court.

For the plaintiff-respondent, *Rudolph Schroeder* and *John D. Pierson.*

For the defendant-appellant, *Samuel A. Besson.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons firstly and secondly expressed in the opinion delivered by the Chancellor in the case of *Davis v. Mial*, at the present term of this court, *ante p.* 167.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, TERHUNE, HEPPENHEIMER, JJ. 13.

*For reversal*—None.